UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.11-20470-CR-LENARD

UNITED STATES OF AMERICA

vs.

VINCENTE ORLANDO CARDELLE

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America and VINCENTE ORLANDO CARDELLE stipulate that if this case had proceeded to trial, the United States would have proven the following beyond a reasonable doubt:

On April 12, 2011, the defendant was to travel from Miami, Florida to Madrid, Spain on Iberia flight 6122. Traveling with the defendant were his adult grandson, Roberto Yanes and Yanes' girlfriend, Christina Saez. At the time, Cardelle had 28,334 Euros, worth approximately $31,224. He gave Yanes 7500 Euros and Saez 10,834 Euros to transport on his behalf keeping 10,000 Euros to transport himself.

At Miami International Airport, Cardelle was approached by Customs and Border Protection (CBP) Officers. Cardelle was asked if he was transporting any currency. Cardelle responded that he was only transporting 10,000 Euros. Cardelle was given CBP form 503, in Spanish, which stated, among other things, that he had to report all currency he was transporting or which he was causing to be transported. He signed the form indicating that only 10,000 Euros were being transported.

Cardelle was then given FinCEN form 105 (Report of International Transportation of Currency or Monetary Instruments) which again detailed the defendant's obligation to report all of the currency he was transporting and all of the currency his travel companions were transporting on his behalf. Cardelle filled out the form and signed indicating again that only 10,000 Euros were being transported.

Subsequent searches of the defendant and his companions revealed all of the Euros. Cardelle admitted to CBP officers that he was the owner of all of the Euros and had given some of them to his companions to take out of the country without reporting. He indicated the Euros were to be used for religious ceremonies he was going to conduct is Spain.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 2/7/12

By: _____
JUAN A. GONZALEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

Date: 2/6/12

By: _____
JACK BLUMENFELD, ESQUIRE
ATTORNEY FOR DEFENDANT

Date: 2/6/12

By: _____
VINCENTE ORLANDO CARDELLE
DEFENDANT